(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **87-0928-Kehoe**

~~Optn~~ US.A

Plaintiff(s)

v.

Orlando Cicilia

Defendant(s)

FILED by _JL_ D.C.
NOV 1 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

**MOTION TO RECEIVE**

**Transcript of sentencing hearing 4/13/1989**
(TITLE OF DOCUMENT)

I, **Scott Higham**, plaintiff or defendant, in the above styled cause, a reporter for the Washington Post, hereby request access to and copies of the transcript of the sentencing hearing for Orlando Cicilia, Case # 87-0928, on April 13, 1989.

Scott Higham
Washington Post - Staff Writer
o - 202-334-7947
c - 202-253-8641
scott.higham@washpost.com
highamscott@gmail.com